

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-17-00089-CR
_____

DAMON RAMON THOMAS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 46th District Court
Wilbarger County, Texas
Trial Court No. 12,063, Honorable Dan Mike Bird, Presiding

April 27, 2017

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant, Damon Ramon Thomas, appeals his conviction for aggravated assault with a deadly weapon. The certification of appellant's right of appeal executed by the trial court states that "the defendant has waived the right of appeal." This circumstance was brought to the attention of appellant and opportunity was granted him to obtain an amended certification entitling him to appeal. No such certification was received within the time we allotted. Having received no amended certification, we dismiss the appeal per Texas Rule of Appellate Procedure 25.2(d).

Per Curiam

Do not publish.